# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER: CV-2026-08-3373

CHEMEQUIP SALES, INC. D/B/A R&R ENGINE &
1004 Swartz Road
Akron, OH, 44319

-VS-

**SUMMONS**

AUTO-OWNERS INSURANCE COMPANY
c/o CT Corporation
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

**TO the following:**

AUTO-OWNERS INSURANCE COMPANY
c/o CT Corporation
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

CHARLES KENNETH CICERO, III
205 Holiday Blvd Ste. 100
Covington, LA 70433

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

August 7, 2026

**SUMMIT COUNT COURT OF COMMON PLEAS**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **ChemEquip Sales, Inc. DBA R&R Engine & Machine,**<br>c/o CICERO LAW, LLC<br>205 Holiday Blvd. Suite 100<br>Covington, LA 70433,<br><br>Plaintiff,<br><br>v.<br><br>**Owners Insurance Company and Auto-Owners Insurance Company,**<br>PO Box 30660, Lansing, MI 48909-8160,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO: ____________________<br>Classification: H – OTHER CIVIL<br><br>JUDGE: ______________________<br><br>**COMPLAINT**<br><br>**(Jury Trial Demanded Herein)** |

**COMPLAINT**

NOW COMES the Plaintiff, ChemEquip Sales Inc. d/b/a R&R Engine and Machine ("Plaintiff"), by and through counsel, and for its Complaint against the Defendants, Owners Insurance Company and Auto-Owners Insurance Company ("Defendants"), alleges and asserts as follows:

**PARTIES, JURISDICTION AND VENUE**

1. This is an action for damages significantly in excess of Twenty-Five Thousand Dollars ($25,000.00), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. Pursuant to Civ. R. 3(C), venue is proper in this Court given that the subject property is situated within Summit County, Ohio, and all or part of the claim for relief arose in Summit County, Ohio.

3. At all times material, Defendant Owners Insurance Company was and is a for-

profit corporation domiciled in Ohio with its principal place of business in Michigan.

4. At all times material, Defendant Auto-Owners Insurance Company was and is a for-profit corporation domiciled in Michigan with its principal place of business in Michigan.

5. At all times material, Defendants were conducting business as an insurance company in Summit County, Ohio, including, without limitation, insuring, and adjusting claims related to, properties located in Summit County, Ohio, pursuant to policies of insurance issued by Defendant.

6. At all times material, Plaintiff, a citizen of Ohio, owned the subject property at 1004 Swartz Rd. Coventry Township, OH 44319 (collectively, the "Property").

## GENERAL ALLEGATIONS

6. Defendants issued a policy of insurance, Policy Number 234603-05590335-24, with effective dates of coverage for the date of loss in question and which covered the Property on August 6, 2024 (the "Policy"). Defendant Auto-Owners Insurance Company's name is listed at the top of the policy, and Defendant Owners Insurance Company was listed and represented as the insurer providing coverage in correspondence regarding the claim that forms the basis of this lawsuit.

7. Defendants are in possession, custody, or control of a complete copy of the Policy. That portion of the Policy in Plaintiff's possession is annexed hereto as Exhibit "A."

8. Plaintiff paid the premium charged by Defendants for the coverages afforded pursuant to the terms of the Policy and the Policy was in full force and effect on the date of loss.

9. During the Policy period, the Property was damaged as a result of wind and that damage was a covered cause of loss pursuant to the terms and conditions of the Policy of

insurance.

10. More particularly, on or about August 6, 2024, the aforementioned Property sustained damage as a result of wind, which caused substantial or significant Property damage and further insured losses.

11. Plaintiff promptly and timely notified Defendants of the damage and further insured losses, which include but are not limited to wind damage to roofs and other building envelope materials and elements.

12. In response, Defendants assigned the loss Claim Number 300-0556335-2024 and assigned a date of loss of August 17, 2024.

13. Defendants have failed and refused to pay for all of Plaintiff's losses as required by the insurance Policy.

14. Defendants have not fully indemnified Plaintiff for the damage to the covered Property.

15. Defendants have the burden of proving that a loss is excluded or limited by the Policy.

16. Defendants have not and cannot prove that Plaintiff's loss is excluded or limited by the Policy.

17. Plaintiff has complied with all conditions precedent and statutory requirements in order to recover under the Policy of insurance; or, alternatively, those conditions precedent and/or statutory requirements that have not been complied with have been waived by Defendant and/or Defendant is estopped from asserting them due to its actions, omissions, representations, and/or failures.

18. Plaintiff has complied with all conditions precedent and statutory requirements

in order to bring this lawsuit against Defendants; or, alternatively, those conditions precedent and/or statutory requirements that have not been complied with have been waived by Defendants and/or Defendants are estopped from asserting them due to their actions, omissions, representations, and/or failures.

**COUNT ONE: BREACH OF CONTRACT**

*(Against Defendants Owners Insurance Company and Auto-Owners Insurance Company)*

20. Plaintiff hereby realleges and reasserts each and every allegation contained in the foregoing paragraphs as if fully rewritten herein.

21. Plaintiff had an insurance Policy contract with Defendants on the date the loss occurred, for which insurance Policy contract Plaintiff paid premiums.

22. Defendants breached the insurance Policy contract by failing to pay the Plaintiff the full amount due and owing under the insurance Policy contract.

23. Defendants are liable to Plaintiff for Defendant's breach of the insurance Policy contract.

24. As a direct and proximate result of Defendants' breach of the insurance Policy contract, Plaintiff has been, and is being, denied the Policy benefits due and owing to Plaintiff under the insurance Policy contract.

25. Plaintiff is entitled to the consequential and incidental damages which naturally resulted from Defendants' breach of the insurance Policy contract.

26. As a further direct and proximate result of Defendants' breach of the insurance Policy contract, Plaintiff has suffered and incurred other reasonably contemplated and foreseeable damages, including, without limitation, attorney's fees, expert's fees, costs, and interest.

27. Plaintiff's damages in connection with the breach of contract are ongoing.

28. Plaintiff prays for judgment on this Count against Defendants in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00).

**COUNT TWO: BAD FAITH**

*(Against Defendants Owners Insurance Company and Auto-Owners Insurance Company)*

29. Plaintiff hereby realleges and reasserts each and every allegation contained in the foregoing paragraphs as if fully rewritten herein.

30. In adjusting Plaintiff's claim, Defendants, through their agents, adjusters, representatives, and/or investigators, acted unreasonably, without reasonable justification, intentionally, recklessly, and/or not in good faith in adjusting, investigating, and responding to Plaintiffs claim.

31. Defendants, through their employees, adjusters, and/or agents, acted intentionally, willfully, wantonly, and/or with actual malice in refusing to pay the full and fair amount of Plaintiff's claim and in delaying payment of the full amount of the loss and refusing to appraise the amount of loss despite the clear contractual obligation to do so.

32. The actions and omissions of Defendants demonstrate actual malice, aggravated or egregious fraud, oppression, and/or insult and, Defendants, as principal or master of its employees, agents and adjusters, authorized, participated in, and/or ratified the actions or omissions of its employees, agents and adjusters in this regard.

33. Defendants have failed to promptly and reasonably process and pay Plaintiffs claim in good faith.

34. Defendants breached the implied covenant of good faith and fair dealing with Plaintiff, including, without limitation, by failing to accord the interest and rights of Plaintiff at

least as great a respect as its own, by failing to conduct a proper evaluation of the claim based on the objective and cogent evidence, by subjecting Plaintiff to a protracted claim adjustment process in an attempt to defeat or minimize Plaintiff's claim, and by failing to timely offer and fairly settle Plaintiff's claims when it became reasonably clear that the claim was covered under the Policy.

35. Defendants committed the acts referred to herein knowingly and as part of a general business practice of misrepresenting pertinent facts.

36. Defendants committed the acts referred to herein knowingly and as part of a general business practice of failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under the policies, failing to adopt and implement reasonable standards for the prompt and proper investigation of claims, not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear, and compelling insureds to institute litigation to recover amounts due under insurance policies by offering substantially less than the amounts due and owing under the policies.

37. Defendants, through their employees, agents, and/or adjusters, inspected the Property in whole or in part; Defendants knew or should have known that Plaintiff's damages significantly exceed the total sum ultimately paid by Defendants to Plaintiff; and Defendants nonetheless intentionally hid, altered, revised, changed, and/or ignored what it knew or should have known was the true or more accurate amount of Plaintiff's damages, deciding and choosing rather to lowball Plaintiff.

38. In doing the acts described in this Complaint, Defendants knew that it would cause financial injury to Plaintiff.

39. Specifically, Defendants carried out the adjustment of Plaintiff's claim with a conscious disregard of Plaintiff's right to the proceeds of the policy, subjected Plaintiff to cruel and unjust hardship in conscious disregard of Plaintiff's right to the proceeds of the Policy, and made misrepresentations to Plaintiff and concealed material facts from Plaintiff with the intention of depriving Plaintiff of the Policy proceeds to which Plaintiff was and is entitled.

40. Defendants breached their fiduciary duty to Plaintiff including by intentionally hiding and ignoring the true and full amount of Plaintiff's actual damages covered by the Policy.

41. Plaintiff has cooperated in good faith with Defendants.

42. Defendants have benefitted from their delay and/or refusal to pay the amounts due under the Policy.

43. Defendants have breached their duty to deal with Plaintiff in good faith.

44. As a direct and proximate result of the Defendants' lack of good faith, Plaintiff suffered damage and is continuing to suffer damage including economic harm, and has incurred litigation expenses and attorney's fees.

45. Plaintiff prays for judgment on this Count in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in compensatory damages and an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in punitive damages, the exact amount to be determined by the trier of fact, plus interest, costs, and attorney's fees.

## COUNT THREE: DECLARATORY RELIEF

(*Against Defendants Owners Insurance Company and Auto-Owners Insurance Company*)

46. Plaintiff hereby realleges and reasserts each and every allegation contained in paragraphs 1 - 45 as if fully rewritten herein.

47. The parties have a dispute as to the proper interpretation of the Policy. Pursuant to R.C. §2721,03, et. seq., Plaintiff is entitled to a declaratory judgment from this Court construing the terms, exclusions, limitations, and conditions contained in the Policy.

48. Plaintiff is entitled to declaratory relief that, (a) the loss was covered by the Policy; (b) Defendants have not and cannot prove the application of any exclusion or limitation; (c) Ohio's matching law as set forth in O.A.C. §3901-1-54(I)(1)(b) applies to this loss; and (f) any other issue that may arise during the course of the appraisal or litigation that is a proper issue on which to grant declaratory relief.

49. Plaintiff prays for any further relief the Court deems proper, including attorney's fees, interest, and costs as allowed by law or in the exercise of the Court's equitable jurisdiction.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against the Defendant as follows:

a. compensatory damages in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), but currently unspecified pursuant to Civ. R. 8(A) and 54(C), plus costs incurred in this action, plus prejudgment interest and attorney's fees;
b. punitive damages;
c. attorney's fees;
d. costs and expenses;
e. pre-judgment interest;
f. post-judgment interest;
g. maximum actual and economic damages;
h. the maximum non-economic damages available, including actual, general, punitive, and other damages;
i. the maximum statutory damages per violation under each claim where statutory damages are available;
j. declaratory relief; and
k. all such other relief to which Plaintiff may show itself entitled.

Dated: August 6, 2026

Respectfully submitted,

**CICERO LAW, LLC**

205 Holiday Blvd. Suite 100
Covington, LA 70433
Telephone: 216-409-5442
Email: chaz@cicero-law.com

*By:/s/ Charles Cicero*
**Ohio Bar No. 0097024**
**ATTORNEY FOR PLAINTIFF**

## JURY DEMAND

Plaintiff hereby demands a trial by jury comprised of the maximum number of jurors allowed by law.

*By:/s/Charles Cicero*
Charles Cicero
Ohio Bar No. 0097024
*Attorney for Plaintiff.*

## INSTRUCTIONS FOR SERVICE

**TO THE CLERK:**

Please issue Summons, together with a certified copy of the foregoing Complaint with Jury Demand Endorsed Hereon, for service upon the Defendant at the addresses listed in the caption of the Complaint by Certified Mail, Return Receipt Requested.

By:/s/ Charles Cicero
Charles Cicero
Ohio Bar No. 0097024
*Attorney for Plaintiff.*

59511 (6-22)

03-0905-00
DISTEFANO INSURANCE SERVICES INC
PO BOX 457
CANAL FULTON OH 44614-0457

Agency phone: 330-854-6637

**Auto-Owners INSURANCE**

LIFE • HOME • CAR • BUSINESS

PO BOX 30660 • LANSING, MI 48909-8160

05-31-2024

Auto-Owners Insurance Company

You can view your policy, pay your bill, or change your paperless options at any time online at www.auto-owners.com.

**ADDITIONAL WAYS TO PAY YOUR BILL**

Pay Online
www.auto-owners.com
Pay My Bill

Pay by Phone
1-800-288-8740

Pay by Mail
AUTO-OWNERS INSURANCE
PO BOX 740312
CINCINNATI, OH 45274-0312

CHEMEQUIP SALES INC
DBA R & R ENGINE & MACHINE
1004 SWARTZ RD
COVENTRY TOWNSHIP OH 44319-1340

RE: Policy 234603-05590335-24 Billing Account 101360627

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your independent Auto-Owners agent with questions you may have. If you have questions your agent is unable to answer, please contact us at 517.323.1200.

Auto-Owners and its affiliate companies offer a full complement of policies, each of which has its own eligibility requirements, coverages and rates. In addition, Auto-Owners also offers many billing options. Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need. The Auto-Owners Insurance Group is comprised of six property and casualty companies and a life insurance company.

***Serving Our Policyholders and Agents Since 1916***

# NOTICE OF PRIVACY PRACTICES

## What We Do To Protect Your Privacy

At Auto-Owners Insurance Group*, we value your business and we want to retain your trust. In the course of providing products and services, we may obtain nonpublic personal information about you. We assure you that such information is used only for the purpose of providing our products and services to you.

## Protecting Confidentiality

Our agents and Company associates may have access to nonpublic personal information only for the purpose of providing our products or services to you. We maintain physical, electronic and procedural safeguards against unauthorized use of your nonpublic personal information.

## Information We Obtain

To assist in underwriting and servicing your policy, we may obtain nonpublic personal information about you. For example, we routinely obtain information through applications, forms related to our products or services, from visiting www.auto-owners.com, and your transactions with us. We may obtain such information from our affiliates, independent insurance agents, governmental agencies, third parties, or consumer reporting agencies.

The type of information that we collect depends on the product or service requested, but may include your name, address, contact information, social security number, credit history, claims history, information to properly investigate and resolve any claims, or billing information. We may obtain your medical history with your permission. The nature and extent of the information we obtain varies based on the nature of the products and services you receive.

## The Internet and Your Information

If you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement at www.auto-owners.com/privacy.

Generally, Auto-Owners may use cookies, analytics, and other technologies to help us provide users with better service and a more customized web experience. Our business partners may use tracking services, analytics, and other technologies to monitor visits to www.auto-owners.com. The website may use web beacons in addition to cookies. You may choose to not accept cookies by changing the settings in your web browser.

Information obtained on our websites may include IP address, browser and platform types, domain names, access times, referral data, and your activity while using our site; who should use our web site; the security of information over the Internet; and links and co-branded sites.

## Limited Disclosure

Auto-Owners Insurance Group companies do not disclose any nonpublic personal information about their customers or former customers except as permitted by law. We do not sell your personal information to anyone. We do not offer an opportunity for you to prevent or "opt out of" information sharing since we only share personal information with others as allowed by law.

When sharing information with third parties to help us conduct our business, we require them to protect your personal information. We do not permit them to use or share your personal information for any purpose other than the work they are doing on our behalf or as required by law.

The types of information disclosed may include personal information we collect as necessary to service your policy or account, investigate and pay claims, comply with state and federal regulatory requests or demands, and process other transactions that you request. Third parties that receive disclosures may include your independent agent, regulators, reinsurance companies, fraud prevention agencies, or insurance adjusters.

## How Long We Retain Your Information

We generally retain your information as long as reasonably necessary to provide you services or to comply with applicable law and in accordance with our document retention policy. We may retain copies of information about you and any transactions or services you have used for a period of time that is consistent with applicable law, applicable statute of limitations or as we believe is reasonably necessary to comply with applicable law, regulation, legal process or governmental request, to detect or prevent fraud, to collect fees owed, to resolve disputes, to address problems with our services, to assist with investigations, to enforce other applicable agreements or policies or to take any other actions consistent with applicable law.

In some circumstances we may anonymize your personal information (so that it can no longer be associated with you) for research or statistical purposes, in which case we may use this information indefinitely without further notice to you. This allows the specific information collected (name, email, address, phone number, etc.) to become anonymous, but allows Auto-Owners to keep the transaction or engagement data.

## Changes to the Privacy Policy

We will provide a notice of our privacy policy as required by law. This policy may change from time to time, but you can always review our current policy by visiting our website at www.auto-owners.com/privacy or by contacting us.

## Contact Us

Auto-Owners Insurance Company
Phone: 844-359-4595 (toll free)
Email: privacyrequest@aoins.com

*Auto-Owners Insurance Group includes, Auto-Owners Insurance Company, Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company and Southern-Owners Insurance Company.

# NOTIFICATION OF POSSIBLE CHANGES IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2027 unless the Federal government extends the Act. What this means to you is the following:

1. Subject to policy terms and conditions, the enclosed policy will provide insurance coverage for certified acts of terrorism as defined in the Act only until December 31, 2027.

2. A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed. This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so. It will not apply if the Act is simply extended.

3. The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4. A premium charge for the conditional endorsement will be applied effective January 1, 2028. The premium will be pro rated for the remainder of the policy term and is one-half of the current premium charge appearing in the Declarations for TERRORISM - CERTIFIED ACTS. However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extend. Revised Declarations will be mailed to you after January 1, 2028.

5. If the Act is extended without any revision, the enclosed policy will continue to provide coverage for certified acts of terrorism. The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6. If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

# NOTICE OF CHANGE IN POLICY TERMS
# CYBER INCIDENT EXCLUSION

## NOTICE OF REDUCTION IN COVERAGE

Dear Policyholder,

The Commercial Property coverage provided by this policy is amended by form 64393 (8-22) CYBER INCIDENT EXCLUSION. This endorsement excludes loss or damage caused directly or indirectly by a cyber incident. This exclusion is a clarification on intended coverage and may result in a reduction in coverage. There is no premium impact as a result of this change.

This notice is for informational purposes only. Your policy contains the specific terms and conditions of coverage.

Please review the endorsement and your policy carefully. If you have any questions regarding your policy or this notice, please contact your Auto-Owners Insurance agent.

**Auto-Owners**

Page 1

Issued 05-31-2024

MUTUAL INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY DISTEFANO INSURANCE SERVICES INC
03-0905-00 MKT TERR 062 330-854-6637

Renewal Effective 07-01-2024
**POLICY NUMBER** **234603-05590335-24**
Company Use 05-46-OH-2307

INSURED CHEMEQUIP SALES INC
SEE FORM 59270

ADDRESS 1004 SWARTZ RD

COVENTRY TOWNSHIP OH 44319-1340

Company Bill

| **Policy Term** | | |
|---|---|---|
| 12:01 a.m. | to | 12:01 a.m. |
| 07-01-2024 | | 07-01-2025 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

55039 (11-87)

**COMMON POLICY INFORMATION**

**Business Description:** Truck/Car Part Sales

**Entity:** Corporation

**Program:** Garage

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | $26,547.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $2,484.00 |
| * GARAGE LIABILITY COVERAGE - REFER TO COVERAGE PART 54-590335-00 | |
| * PREMIUMS NOT INCLUDED IN TOTAL | |
| **TOTAL** | **$29,031.00** |
| **PAID IN FULL DISCOUNT** | **$2,782.00** |
| **TOTAL POLICY PREMIUM IF PAID IN FULL** | **$26,249.00** |

**THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**
The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.

Premium shown above for commercial general liability coverage is an advanced premium deposit and may be subject to audit.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
IL0017 (11-85) 55086 (01-07) 55001 (07-12) 55056 (07-87) 59390 (11-20)

A 07% Cumulative Multi-Policy Discount applies. Supporting policies are marked with an (X):
Comm Umb(X) Comm Auto(X) WC( ) Life( ) Personal( ) Farm( ).

Countersigned By: COMPANY ISSUED

Auto-Owners Ins. Co. Issued 05-31-2024

AGENCY DISTEFANO INSURANCE SERVICES INC
03-0905-00 MKT TERR 062

Company Bill **POLICY NUMBER 234603-05590335-24**
05-46-OH-2307

INSURED CHEMEQUIP SALES INC

Term 07-01-2024 to 07-01-2025

54104 (07-87)

**COMMERCIAL PROPERTY COVERAGE**

55198 (12-10)

**PREMIER GARAGE PROPERTY PLUS COVERAGE PACKAGE DECLARATIONS**

The coverages and limits below apply separately to each location or sublocation that sustains a loss to covered property and is designated in the Commercial Property Coverage Declarations. No deductible applies to the below Garage Plus Coverages.

| COVERAGE | LIMIT |
|---|---|
| ACCOUNTS RECEIVABLE | $200,000 |
| BAILEES | $15,000 |
| | $10,000 PER ITEM |
| BUSINESS INCOME & EXTRA EXPENSE W/RENTAL | ACTUAL LOSS SUSTAINED |
| VALUE, INCLUDING NEWLY ACQUIRED LOC'S | 12 MONTHS |
| 0 HOUR WAITING PERIOD | |
| DEBRIS REMOVAL | $100,000 |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $100,000 |
| EMPLOYEE DISHONESTY | $50,000 |
| EMPLOYEE TOOLS | $15,000 |
| FALSE PRETENSE COVERAGE FOR STOCK | WITHIN BUSINESS |
| | PERSONAL PROPERTY LIMIT |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $50,000 |
| | $10,000 PER ITEM |
| FIRE DEPARTMENT SERVICE CHARGE | $25,000 |
| FORGERY AND ALTERATION | $50,000 |
| MECHANICAL BREAKDOWN | $15,000 |
| MONEY AND SECURITIES INSIDE PREMISES | $50,000 |
| MONEY AND SECURITIES OUTSIDE PREMISES | $50,000 |
| MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY | $15,000 |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS |
| ORDINANCE OR LAW | SEE COMMERCIAL PROPERTY |
| | DECLARATIONS |
| OUTDOOR PROPERTY | $25,000 |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM |
| RADIO OR TELEVISION ANTENNAS | $20,000 |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $50,000 |
| POLLUTANT CLEAN UP AND REMOVAL | $100,000 |
| PROPERTY IN TRANSIT | $100,000 |
| PROPERTY OFF PREMISES | $100,000 |

Auto-Owners Ins. Co. Issued 05-31-2024

AGENCY DISTEFANO INSURANCE SERVICES INC Company **POLICY NUMBER 234603-05590335-24**
03-0905-00 MKT TERR 062 Bill 05-46-OH-2307

INSURED CHEMEQUIP SALES INC Term 07-01-2024 to 07-01-2025

55198 (12-10)

**PREMIER GARAGE PROPERTY PLUS COVERAGE PACKAGE DECLARATIONS**

| COVERAGE | LIMIT |
|---|---|
| REFRIGERATED PRODUCTS | $25,000 |
| SALESPERSON'S SAMPLES | $25,000 |
| UTILITY SERVICES FAILURE | $150,000 |
| VALUABLE PAPERS AND RECORDS ON PREMISES | $150,000 |
| VALUABLE PAPERS AND RECORDS OFF PREMISES | $25,000 |
| WATER BACK-UP FROM SEWERS OR DRAINS | $50,000 |

Forms that apply to this coverage part:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 64014 | (07-17) | 54198 | (12-10) | 54194 | (06-00) | 54334 | (12-10) | 64020 | (12-10) |
| 54189 | (12-10) | 54186 | (12-10) | 54218 | (03-13) | 54217 | (07-17) | 54215 | (06-00) |
| 54216 | (03-13) | 54214 | (03-13) | 54222 | (06-00) | 54221 | (12-10) | 54220 | (06-00) |
| 54219 | (12-10) | 54338 | (03-13) | 54339 | (03-13) | 54862 | (01-08) | 64010 | (12-10) |
| 64352 | (12-20) | 64000 | (12-10) | | | | | | |

**Coverages Provided**

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

**LOCATION 0001 - BUILDING 0001**

**Location:** 1004 Swartz Rd, Coventry Township, OH 44319-1340

**Occupied As:** Warehouse/Storage

**Secured Interested Parties:** None

**Rating Information**

Territory: 770
Program: Garage
Protection Class: 04
Class Rate - Building: 0.230

County: Summit
Construction: Masonry
Class Code: 0512
Class Rate - Pers Prop: 0.243

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $3,514,648 | | |
| (BLANKET) | | | | | |
| Causes of Loss | | | | | |
| Basic Group I | 90% | $2,500 | | 0.122 | $4,288.00 |
| Basic Group II | 90% | $2,500 | | 0.149 | $5,237.00 |
| Special | 90% | $2,500 | | 0.043 | $1,511.00 |
| Theft | 90% | $2,500 | | | Included |
| OPTIONAL COVERAGE | | | | | |

Auto-Owners Ins. Co. Issued 05-31-2024

AGENCY DISTEFANO INSURANCE SERVICES INC Company POLICY NUMBER 234603-05590335-24
03-0905-00 MKT TERR 062 Bill 05-46-OH-2307

INSURED CHEMEQUIP SALES INC Term 07-01-2024 to 07-01-2025

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| Agreed Value Exp Date 07-01-2025 | | | | | |
| Inflation Guard Factor Building 1.008 | | | | | |
| Replacement Cost | | | | | |
| Garage Plus Coverage Package | | None | See 55198 (12-10) | | $2,546.00 |
| Tier: Premier | | | | | |
| Equipment Breakdown | | $2,500 | See Form 54843 | | $353.00 |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $2,500 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $2,500 | $160,000 | | Included |
| Coverage C-Increased Cost | | $2,500 | $160,000 | | Included |
| PERSONAL PROPERTY (BLANKET) | | | $6,000,000 | | |
| Causes of Loss | | | | | |
| Basic Group I | 90% | $2,500 | | 0.106 | $6,360.00 |
| Basic Group II | 90% | $2,500 | | 0.017 | $1,020.00 |
| Special | 90% | $2,500 | | 0.040 | $2,400.00 |
| Theft | 90% | $2,500 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Agreed Value Exp Date 07-01-2025 | | | | | |
| Inflation Guard Factor Personal Property 1.032 | | | | | |
| Replacement Cost | | | | | |
| Garage Plus Coverage Package | | None | See 55198 (12-10) | | $2,256.00 |
| Tier: Premier | | | | | |
| Equipment Breakdown | | $2,500 | See Form 54843 | | $313.00 |
| ORDINANCE OR LAW | | | | | |
| Coverage D-Tenant's I&B | | $2,500 | $160,000 | | Included |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 59350 | (01-15) | 54835 | (07-08) | 59380 | (01-06) | IL0003 | (07-02) | 64024 | (12-10) |
| 64224 | (01-16) | 59325 | (12-19) | 64326 | (07-19) | 64342 | (05-20) | IL0017 | (11-85) |
| 64393 | (08-22) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) | 64010 | (12-10) |
| 64352 | (12-20) | 54843 | (07-19) | 64020 | (12-10) | 64014 | (07-17) | 59390 | (11-20) |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS SEE FORM: 59350, 54835, 59390 | $263.00 |
| **LOCATION 0001** | **$26,547.00** |

55040 (11-87)

**COMMERCIAL GENERAL LIABILITY COVERAGE**

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| General Aggregate | $3,000,000 |

Auto-Owners Ins. Co. Issued 05-31-2024

AGENCY DISTEFANO INSURANCE SERVICES INC
03-0905-00 MKT TERR 062

Company Bill **POLICY NUMBER 234603-05590335-24**
05-46-OH-2307

INSURED CHEMEQUIP SALES INC

Term 07-01-2024 to 07-01-2025

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| (Other Than Products-Completed Operations) | |
| Products-Completed Operations Aggregate | $3,000,000 |
| Personal And Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |
| Employee Benefits Liability - Aggregate | $1,000,000 |
| Employee Benefits Liability - Each Employee | $1,000,000 |
| Employers Liability | $1,000,000 Each Employee |
| Employers Liability | $1,000,000 Each Accident |
| Employers Liability | $1,000,000 Each Aggregate Disease |
| **COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT** | |
| Damage to Premises Rented to You | $300,000 Any One Premises |
| (Fire, Lightning, Explosion, Smoke or Water Damage) | |
| Medical Payments | $10,000 Any One Person |
| Hired Auto & Non-Owned Auto | $1,000,000 Each Occurrence |
| Expanded Coverage Details See Form: | |
| Extended Watercraft | |
| Personal Injury Extension | |
| Broadened Supplementary Payments | |
| Broadened Knowledge Of Occurrence | |
| Additional Products-Completed Operations Aggregate | |
| Blanket Additional Insured - Lessor of Leased Equipment | |
| Blanket Additional Insured - Managers or Lessors of Premises | |
| Newly Formed or Acquired Organizations Extension | |
| Blanket Waiver of Subrogation | |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55885.

**AUDIT TYPE:** Annual Audit

Forms that apply to this coverage:

| | | | | |
|---|---|---|---|---|
| 59350 (01-15) | 55405 (07-08) | 55146 (06-04) | CG2106 (05-14) | CG2109 (06-15) |
| 55091 (05-17) | 55122 (05-17) | CG0441 (03-11) | IL0021 (07-02) | 59325 (12-19) |
| 64342 (05-20) | CG0001 (04-13) | 55513 (05-17) | 59380 (01-06) | IL0017 (11-85) |
| 55916 (09-19) | 55029 (05-17) | CG2196 (03-05) | CG2132 (05-09) | CG2147 (12-07) |
| 55885 (05-17) | 55722 (12-15) | 59390 (11-20) | | |

Auto-Owners Ins. Co. Issued 05-31-2024

AGENCY DISTEFANO INSURANCE SERVICES INC Company **POLICY NUMBER 234603-05590335-24**
03-0905-00 MKT TERR 062 Bill 05-46-OH-2307

INSURED CHEMEQUIP SALES INC Term 07-01-2024 to 07-01-2025

**LOCATION 0001 - BUILDING 0001**

**Location:** 1004 Swartz Rd, Coventry Township, OH 44319-1340

**Territory:** 009 **County:** Summit

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | 00501 | Prem/Op | Prem/Op Prem Included | Included | Included |
| Employee Benefits Liability Terrorism Excluded | 00506 | Professional | Employees 22 | 14.954 | $329.00 |
| Automobile Parts And Supplies Distributors | 10070 | | Gross Sales | Each 1000 | |
| | | Prem/Op | $2,018,266 | .108 | $218.00 |
| | | Prod/Comp Op | $2,018,266 | .233 | $470.00 |
| Automobile Parts And Supplies Stores | 10071 | | Gross Sales | Each 1000 | |
| | | Prem/Op | $1,345,484 | .260 | $350.00 |
| | | Prod/Comp Op | $1,345,484 | .180 | $242.00 |
| Employers Liability Insurance Endorsement (Stop Gap) -State Employers Liability Coverage Applies To: Ohio | 95101 | Prem/Op | Payroll $780,000 | Each 1000 .081 | $63.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS SEE FORM: 59350, 55405, 59390 | $13.00 |
| **LOCATION 0001** | **$1,685.00** |

Auto-Owners Ins. Co. Issued 05-31-2024

AGENCY DISTEFANO INSURANCE SERVICES INC
03-0905-00 MKT TERR 062

Company Bill **POLICY NUMBER 234603-05590335-24**
05-46-OH-2307

INSURED CHEMEQUIP SALES INC

Term 07-01-2024 to 07-01-2025

**EMPLOYMENT PRACTICES LIABILITY COVERAGE**

## THIS FORM PROVIDES COVERAGE ON A CLAIMS-MADE AND REPORTED BASIS. PLEASE READ THE ENTIRE FORM CAREFULLY.

THE COVERAGE OF THIS ENDORSEMENT IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS OR SUITS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE EPL COVERAGE PERIOD, INCLUDING ANY APPLICABLE EXTENDED REPORTING PERIOD, AND REPORTED TO THE INSURER.

THE AGGREGATE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS UNDER THIS COVERAGE ENDORSEMENT SHALL BE REDUCED BY AMOUNTS INCURRED FOR LEGAL DEFENSE. AMOUNTS INCURRED FOR LEGAL DEFENSE SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.

Retroactive Date:
EPL Coverage Period: 07-01-2024 to 07-01-2025

| COVERAGE | | DEDUCTIBLE | AGGREGATE LIMIT | PREMIUM |
|---|---|---|---|---|
| EPL Coverage | | $2,500 | $50,000 | $791.00 |
| Number of Full-Time Employees | 21 | | | |
| Number of Part-Time Employees | 1 | | | |
| TERRORISM - CERTIFIED ACTS | SEE FORM: 59350, 55405, 59390 | | | $8.00 |
| | EMPLOYMENT PRACTICES LIABILITY PREMIUM | | | $799.00 |

Auto-Owners Ins. Co. Issued 05-31-2024

AGENCY DISTEFANO INSURANCE SERVICES INC Company **POLICY NUMBER 234603-05590335-24**
03-0905-00 MKT TERR 062 Bill 05-46-OH-2307

INSURED CHEMEQUIP SALES INC Term 07-01-2024 to 07-01-2025

55056 (07-87)

# SUPPLEMENTAL DECLARATIONS

BLANKET BUILDING LIMIT $3,514,648
BLANKET PERSONAL PROPERTY LIMIT $6,000,000

# NAMED INSURED SCHEDULE

CHEMEQUIP SALES INC
DBA R & R ENGINE & MACHINE

JANEAK, LLC
ENTITY: LIMITED LIABILITY COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A. Applicability Of This Endorsement**

**1. The provisions of this endorsement will apply if and when one of the following situations occurs:**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

**b. The Program is renewed, extended or otherwise continued in effect:**

**(1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and**

**(2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.**

**2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".**

**3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide the revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.
"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government or the civilian population or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES - ACTUAL CASH VALUE AND DEPRECIATION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Wherever it appears in this Coverage Part and any endorsement attached to this Coverage Part:

**1.** Actual cash value means the cost to repair or replace lost or damaged property with property of similar quality and features reduced by the amount of depreciation applicable to the lost or damaged property immediately prior to the loss.

**2.** Depreciation means a decrease in value because of age, wear, obsolescence or market value and includes:

**a.** The cost of materials, labor and services;

**b.** Any applicable taxes; and

**c.** Profit and overhead

necessary to repair, rebuild or replace lost or damaged property.

The meanings of actual cash value and depreciation in this endorsement supersedes any provision in this Coverage Part and any endorsement attached to this Coverage Part to the contrary.

All other policy terms and conditions apply.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

64393 (8-22)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** **EXCLUSIONS** is amended.
The following exclusion is added to **B. EXCLUSIONS** of the policy.
We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.
**Cyber Incident**
1. Unauthorized access to or use of any computer system, including "electronic data".
2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system, including "electronic data", and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system, including "electronic data", or otherwise disrupt its normal functioning or operation.
3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

However, exclusions **A.1. - 3.** do not apply to:
- **a.** Loss or damage resulting in fire or explosion; or
- **b.** Vandalism.

**B.** **DEFINITIONS** is amended.
The following definition is added to **G. DEFINITIONS**.
**"Electronic Data"**:
1. Means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, on electronic storage devices including, but not limited to, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.
2. Is not tangible property.
3. Does not include the insured's "electronic data" that is licensed, leased, rented or loaned to others.

All other policy terms and conditions apply.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A. Applicability Of This Endorsement**

**1. The provisions of this endorsement will apply if and when one of the following situations occurs:**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

**b. The Program is renewed, extended or otherwise continued in effect:**

**(1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and**

**(2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.**

**2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".**

**3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

b. It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**Exclusion Of "Terrorism"**
We will not pay for "bodily injury", "property damage", "personal injury" or "advertising injury" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". All "bodily injury", "property damage", "personal injury" or "advertising injury" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM AND IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

**1.** With respect to any one or more certified acts of terrorism, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

**2.** Certified act of terrorism means any act certified by the Secretary of the Treasury, in consultation with:

**a.** the Secretary of Homeland Security; and
**b.** the Attorney General of the United States

to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

**3.** Under the federal Terrorism Risk Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

**a.** if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

**b.** **(1)** if the act of terrorism is:

**a)** a violent act; or

**b)** an act that is dangerous to human life, property or infrastructure; and

**(2)** if the act is committed:

**a)** by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

**b)** to influence the policy or affect the conduct of the United States government by coercion.

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Subject to the policy terms and conditions, this policy provides insurance coverage for acts of terrorism as defined in the Act.

Any coverage for certain commercial lines of property and casualty insurance provided by your policy for losses caused by certified acts of terrorism are partially paid by the federal government under a formula established by federal law. Under this formula, the government will reimburse us for 85% of such covered losses that exceed the statutory deductible paid by us. However, beginning January 1, 2016 the share will decrease 1% per calendar year until it equals 80%. **You should also know that in the event aggregate insured losses exceed $100 billion during any year the Act is in effect, then the federal government and participating United States insurers that have met their insurer deductible shall not be liable for the payment of any portion of that amount of the loss that exceeds $100 billion. In the event that aggregate insured losses exceed $100 billion annually, no additional claims will be paid by the federal government or insurers.** This formula is currently effective through December 31, 2020 unless extended.

The premium charge, if any, for this coverage is shown separately on the attached Declarations page. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Please contact us if you would like to reject coverage for certified acts of terrorism.